**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ESTATE OF LYNDAHLE PETROZZA
By and Through Melinda Harvey as Administratrix
of the Estate and As Representative of the Wrongful
Death Beneficiaries**                                                                        **PLAINTIFF**

**v.**                                                                        **CIVIL ACTION NO.  4:15cv34-DMB-JMV**

**CLEVELAND NURSING AND REHAB CENTER, LLC
Agent of Cleveland Nursing and Rehab Center, LLC, ET AL.**                **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the court pursuant to L.U.Cɪᴠ.R. 16(b)(3)(B).  The rule provides that

> [f]iling a motion to compel arbitration . . . stays the attorney
> conference and disclosure requirements and all discovery not related
> to the issue pending the court's ruling on the motion, including any
> appeal.

Defendant filed a motion to compel arbitration [4] on March 27, 2015.  Accordingly, it is

**ORDERED:**

That the above noted proceedings and the case management conference are hereby **STAYED**

pending a decision on the motion to compel arbitration.  The parties shall notify the undersigned

magistrate judge within ten (10) days of the court's ruling in the event the motion is denied.

**THIS**, the 30th day of March, 2015.

**/s/ Jane M. Virden**
**U. S. MAGISTRATE JUDGE**