IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ESTATE OF LYNDAHLE PETROZZA,** **PLAINTIFFS**
**By and Through Melinda Harvey as**
**Administrator of the Estate and As**
**Representative of the Wrongful Death**
**Beneficiaries**

V. NO. 4:15-CV-00034-DMB-JMV

**CLEVELAND NURSING AND**
**REHAB CENTER, LLC, ET AL.** **DEFENDANTS**

## FINAL JUDGMENT

In consideration of the Stipulation of Dismissal [7] filed on June 19, 2015, Cleveland Nursing and Rehab Center, LLC's motion [4] to compel arbitration is **DENIED as moot**, and this matter is fully and finally **DISMISSED without prejudice**, with each party to bear its own costs.

**SO ORDERED**, this 26th day of June, 2015.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**